## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ALPHONCY DANGERFIELD AND
JEFFREY LOVE,

      Plaintiffs,                          Case No.   18-cv-1016-jdp

    v.

CAPTAIN GARDNER, WARDEN
GARY BOUGHTON, LT. LEFFLER,
AND MS. LEMIEUX,

      Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case.


| /s/ | 11/16/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |